JOHN D. NIBBELIN, COUNTY COUNSEL (SBN 184603)
By: Tara E. Heumann, Deputy (SBN 252163)
500 County Center, 4th Floor
Redwood City, CA  94063-1664
Telephone:  (650) 363-1965
Facsimile:  (650) 363-4034
E-mail:  theumann@smcgov.org

Attorneys for Defendants
COUNTY OF SAN MATEO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NNAMDI TRAVIS MBACHU,<br><br>       Plaintiff,<br><br>   vs.<br><br>COUNTY OF SAN MATEO; NATASHA CORAL;<br>OFFICER IGLAS; OFFICER LEE-CARDENAS;<br>SGT CURRIE, et al.,<br><br>       Defendants. | USDC Case No.<br><br>San Mateo County Superior Court Case No.<br>25-CIV-05037<br><br><br><br>**NOTICE OF REMOVAL PURSUANT TO<br>28 U.S.C § 1441(A) WITH EXHIBITS 1-2** |

25-civ-05037

NOTICE OF REMOVAL PURSUANT TO 28 U.S.C § 1441(A) WITH EXHIBITS 1-2

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Please take notice that, pursuant to 28 U.S.C. § 1441(a), Defendants Felicia Lee-Cardenas and Natasha Coral hereby remove to the United States District Court for the Northern District of California the above-captioned action, which was originally filed in the Superior Court of California, County of San Mateo. Pursuant to 28 U.S.C. § 1446(a) and Federal Rule of Civil Procedure 11, undersigned counsel for the County hereby certifies as follows:

**Procedural History and Plaintiff's Allegations**

On July 7, 2025, an action captioned *Nnamdi Travis Mbachu v. County of San Mateo; Natasha Coral; Officer Iglas; Officer Lee-Cardenas; Sgt. Currie, et al.*, was filed in the Superior Court of California, County of San Mateo, which the Superior Court designated as Case No. 25-CIV-05037. See ***Exhibit 1*** hereto. The named plaintiff in the action is Nnamdi Travis Mbachu ("Plaintiff"). *Id*. at 1. Defendant Felicia Lee-Cardenas was served with the Complaint on December 5, 2025, and Defendant Natasha Coral was served with the Complaint on December 9, 2025.

In addition to Defendants Lee-Cardenas and Coral, the Complaint individually names as defendants Sheriff's Deputy Gustavo Islas (incorrectly spelled "Iglas" in the Complaint), Sheriff's Sergeant Gordon Currie, and the County of San Mateo. *Id.* at 1. The County, Deputy Islas, and Sergeant Currie have not been served with the Complaint as of the date of this filing.

The Complaint asserts seven causes of action, at least one of which is a federal question claim alleging a violation of Plaintiff's rights under federal law. Specifically, Plaintiff's first cause of action is alleged pursuant to 42 U.S.C. §1983 for violation of Plaintiff's Fourth and Fourteenth Amendment rights. *Id.* at 2. It is unclear whether Plaintiff's second and third causes of action, for false arrest/false imprisonment and malicious prosecution, respectively, are federal or state claims.

Plaintiff's remaining four causes of action (claims 4-7) assert claims under California state law: intentional infliction of emotional distress, negligence/negligent supervision, property interference/conversion, and violation of the Racial Justice Act.

True and correct copies of all other documents in the state court file as of the date of the filing of this Notice of Removal are attached hereto as ***Exhibit 2***.

## **Jurisdiction**

Removal of this action to the United States District Court for the Northern District of California is proper because the complaint asserts at least one federal question cause of action arising under federal law for which this Court has original jurisdiction: Plaintiff's first cause of action alleges violations of the Fourth and Fourteenth Amendments.

This Court may assert supplemental jurisdiction over Plaintiff's remaining state law causes of action because they arise from the same operative facts, and form part of the same case or controversy, as the federal question claim(s). 28 U.S.C. § 1367(a).

Removal of this action to the United States District Court for the Northern District of California is timely because this notice is filed within thirty (30) days from December 5, 2025, which is the date on which Defendant Felicia Lee-Cardenas was served with the complaint and summons in the state court action. 28 U.S.C. § 1446(b)(1).

Pursuant to 28 U.S.C § 1446(d), the County will promptly (1) provide notice to Plaintiff of the filing of this Notice of Removal, and (2) file a copy of the notice with the clerk of the Superior Court of California, County of San Mateo.

Dated: December 24, 2025

Respectfully submitted,

JOHN D. NIBBELIN, COUNTY COUNSEL

By: _Tara Heumann_
     Tara E. Heumann, Deputy

Attorneys for Defendants
COUNTY OF SAN MATEO

**PROOF OF SERVICE**

NNAMDI TRAVIS MBACHU vs. COUNTY OF SAN MATEO; NATASHA CORAL; OFFICER IGLAS; OFFICER LEE-CARDENAS; SGT CURRIE, et al. - 25-civ-05037

I do hereby declare that I am a citizen of the United States employed in the County of San Mateo, over 18 years old and that my business address is 500 County Center, 4th Floor, Redwood City, California. I am not a party to the within action.

On December 24, 2025, I served the following document(s):

**NOTICE OF REMOVAL PURSUANT TO 28 U.S.C § 1441(A) WITH EXHIBITS 1-2**

in the following manner:

[X] (BY U.S. MAIL)  by placing a true copy of said document(s) in a sealed envelope(s) addressed as shown below for collection and mailing at Redwood City, California following our ordinary business practices. I am readily familiar with this office's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

[X] (BY E-MAIL OR ELECTRONIC TRANSMISSION)  Based on a court order, applicable rules, or an agreement of the parties to accept service by e-mail or electronic transmission, I electronically served a true copy of the said document(s) to the person(s) at the e-mail address(ed) shown below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[ ] (STATE) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[X] (FEDERAL) I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

*Lauren Avalos*
Lauren Avalos

**NAME AND ADDRESS OF EACH PERSON TO WHOM SERVICE WAS MADE:**

Nnamdi Travis Mbachu                    *Plaintiff*
1631 T Street Apt D
Sacramento, CA 95811
travismbachu@yahoo.com

PROOF OF SERVICE