IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| NNAMDI TRAVIS MBACHU,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SAN MATEO, et al.,<br><br>Defendants. | Case No.  25-cv-10984-CRB<br><br>**ORDER TO SHOW CAUSE** |

On July 7, 2025, Plaintiff Nnamdi Travis Mbachu, who is representing himself in this action, filed an action in state court stemming from an arrest. See Dkt. 1-1. The case was removed to federal court on December 24, 2025. Defendants filed a motion to dismiss on January 9, 2026. Dkt 10. Plaintiff's opposition was due on January 23, 2026, and he failed to file. Plaintiff is ordered to show cause for why this case should not be dismissed for failure to prosecute or file an opposition to Defendants' motion to dismiss.

The Court possesses the inherent power to dismiss an action sua sponte if a plaintiff fails to prosecute their action or fails to comply with court orders. Fed. R. Civ. P. 41(b); see Link v. Wabash R.R. Co., 370 U.S. 626, 629–30 (1962) (dismissal for failure to prosecute); Yourish v. Cal. Amplifier, 191 F.3d 983, 987 (9th Cir. 1999) (dismissal for failure to comply with court orders). Failure to respond to this Order to Show Cause and failure to file an opposition by the deadline identified below will be found to be a failure to comply with this Court's orders and a failure to prosecute this lawsuit.

Accordingly, the Court **ORDERS** that, by no later than **March 20, 2026**, Plaintiff **SHALL EITHER** (1) file an opposition to Defendants' motion to dismiss, **OR** (2) file a written response to this Order to Show Cause explaining why this

United States District Court
Northern District of California

action should not be dismissed for failure to prosecute this case or for failure to comply with this Court's directives and orders.  To be clear, if Plaintiff files (by March 20, 2026) an opposition to Defendants' motion to dismiss, such a filing will be deemed to be a response to this Order to Show Cause and no other written response would be necessary. Failure to do so will result in dismissal.

The Clerk is directed to mail this Order to Show Cause to Plaintiff at his address of record.

**IT IS SO ORDERED.**

Dated: February 17, 2026

CHARLES R. BREYER
United States District Judge

United States District Court
Northern District of California

2