IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NNAMDI TRAVIS MBACHU,

Plaintiff,

v.

COUNTY OF SAN MATEO, et al.,

Defendants.

Case No.  25-cv-10984-CRB

**ORDER TO SHOW CAUSE**

On July 7, 2025, Plaintiff Nnamdi Travis Mbachu, who is representing himself in this action, filed an action in state court stemming from an arrest.  See Dkt. 1-1.  The case was removed to federal court on December 24, 2025.  Defendants filed a motion to dismiss on January 9, 2026.  Dkt 10.  Plaintiff's opposition was due on January 23, 2026, and he failed to file.  The Court issued an order to show cause for why this case should not be dismissed on February 17, 2026.  Dkt. 16.  But mailings sent to Plaintiff were returned as undeliverable.  See Dkts. 17, 18.  Plaintiff belatedly notified the Court of his changed address on March 30, 2026.  See Dkt. 19.  Defendants asked the Court to dismiss the case based on their pending motion and Plaintiff's failure to prosecute.  Dkt. 22.  The Court declines to do so at this time given Plaintiff's pro se status and his lack of notice due to his incorrect address.  Plaintiff is again **ORDERED** to show cause for why this case should not be dismissed for failure to prosecute or file an opposition to Defendants' motion to dismiss.

The Court possesses the inherent power to dismiss an action sua sponte if a plaintiff fails to prosecute their action or fails to comply with court orders.  Fed. R. Civ. P. 41(b); see Link v. Wabash R.R. Co., 370 U.S. 626, 629–30 (1962) (dismissal for failure to

prosecute); <u>Yourish v. Cal. Amplifier</u>, 191 F.3d 983, 987 (9th Cir. 1999) (dismissal for failure to comply with court orders).  Failure to respond to this Order to Show Cause and failure to file an opposition by the deadline identified below will be found to be a failure to comply with this Court's orders and a failure to prosecute this lawsuit.

Accordingly, the Court **ORDERS** that, by no later than **April 24, 2026**, Plaintiff **SHALL EITHER** (1) file an opposition to Defendants' motion to dismiss, **OR** (2) file a written response to this Order to Show Cause explaining why this action should not be dismissed for failure to prosecute this case or for failure to comply with this Court's directives and orders.  To be clear, if Plaintiff files (by April 24, 2026) an opposition to Defendants' motion to dismiss, such a filing will be deemed to be a response to this Order to Show Cause and no other written response would be necessary.  Failure to do so will result in dismissal.

The Clerk is directed to mail this Order to Show Cause to Plaintiff at his address of record.

**IT IS SO ORDERED.**

Dated: April 6, 2026

CHARLES R. BREYER
United States District Judge

2